AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bury, David C. | 2. Court or Organization<br><br>U.S. District Court - Arizona | 3. Date of Report<br><br>07/23/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
405 W. Congress, Suite 6170
Tucson, Arizona 85701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Property #1 mortgage |
| 2. | Partner | Rental Property #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/02/02 | Bury,Moeller,Humphrey & O'Meara Profit Sharing Plan (no control) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MSSB:IRA (AGTHX) | A | Dividend | J | T | | | | | |
| 2. MSSB: IRA | | | | | | | | | |
| 3. --AIIEX Investco Internat'l Growth Fund Class A | A | Dividend | K | T | | | | | |
| 4. --AHITX American High Income Trust Fund Class A | A | Dividend | J | T | | | | | |
| 5. --AHTBX American High-Income Trust Fund Class B | A | Dividend | | | Merged (with line 4) | 11/13/12 | | | |
| 6. --ABNDX Bond Fund of America Class A | A | Dividend | K | T | | | | | |
| 7. --BFABX Bond Fund of America Class B | A | Dividend | | | Merged (with line 6) | 11/13/12 | | | |
| 8. --CWBFX(X) Capital World Bond Fund Class A | A | Dividend | J | T | | | | | |
| 9. --WBFBX Capital World Bond Fund Class B | A | Dividend | | | Merged (with line 8) | 11/13/12 | | | |
| 10. --INTC Common Intel Corporation | A | Dividend | J | T | | | | | |
| 11. --JNJ Common Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. --CDACDS Citibank NA Money Mkt Fund (X) | A | Interest | J | T | | | | | |
| 13. MSSB: ▓▓ FMA | | | | | | | | | |
| 14. --CDACDS Citibank NA Money Mkt Fund | A | Interest | M | T | | | | | |
| 15. --AGTHX Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 16. --LAMAX Lord Abbett Capital Structure Fund Class A | A | Dividend | K | T | | | | | |
| 17. --NEE Nextera Energy Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SMCWX Smallcap World Fund Class A | A | Dividend | J | T | | | | | |
| 19. --AWSHX Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |
| 20. --EOS Eaton Vance Enhanced Equity Income Fund II | A | Dividend | | | Sold | 06/14/12 | J | | |
| 21. --EOS Eaton Vance Enhanced Equity | A | Distribution | | | Sold | 06/14/12 | J | | |
| 22. --Eaton Vance Tax Managed Buy Write Opptnty Fund | A | Dividend | | | Sold | 06/14/12 | J | | |
| 23. --Eaton Vance Tax Managed Buy Write Opptnys Fund | A | Distribution | | | Sold | 06/14/12 | J | | |
| 24. --First TR Strategic High Income Fund II FHY | A | Dividend | J | T | | | | | |
| 25. --Gamco Global Gold Natural Reso -GGN | A | Dividend | J | T | | | | | |
| 26. --Gamco Global Gold Natural Reso- GGN | A | Distribution | J | T | | | | | |
| 27. --Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 28. --Nuveen Mun High Income Opportunity FD - NMZ | A | Int./Div. | J | T | | | | | |
| 29. --General Electric Co. GE | A | Dividend | J | T | | | | | |
| 30. --Mesa AZ Bond | A | Interest | J | T | | | | | |
| 31. --Mesa AZ Utility Sys Bond | A | Interest | J | T | | | | | |
| 32. --Salt River AZ | A | Interest | J | T | | | | | |
| 33. --Banco Popular CD Hato Rey PR CD | | None | K | T | Buy | 06/18/12 | K | | |
| 34. --IShares Gold Trust- IAU | | None | K | T | Buy | 01/01/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HUNTINGTON CD | A | Interest | | | Buy | 06/14/12 | L | | |
| 36. HUNTINGTON CD | A | Interest | | | Sold | 12/21/12 | L | | |
| 37. CHASE CHECKING ACCT | A | Interest | J | T | | | | | |
| 38. Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | F | Int./Div. | O | W | | | | | |
| 39. Private Mortgage (Property #1) | E | Interest | N | T | | | | | |
| 40. Mortgage #1 (Dankan) | A | Interest | K | W | | | | | |
| 41. Rental Property #2, Tucson, AZ | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REGARDING PART VII:

Lines 5, 7 and 9 were merged with Lines 4, 6 and 8. They were simple B shares that were merged with A shares. There was no sale, no value change, only a conversion from shares that would have had a penalty if withdrawn, to shares that have no penalty.

Line 12, the Citibank Money Market under the IRA was not reportable on the last report, as there was not enough in it. Now it's reportable and remains under the IRA and is also listed under MSSB: ▮▮▮ FMA on line 14.

Lines 20 and 21(EATON VANCE ENHANCED EQUITY INCOME FUND II-EOS), and 22 and 23 (EATON VANCE TAX-MANAGED BUY-WRITE OPPTNYS FUND-ETV) are listed twice due to both distribution and dividend in the same year. They were sold at a loss, therefore column D4 is blank on all four of them.

Line 24: This fund was listed as SOLD in my 2011 Finantial Disclosure on line 30. That was in error, as the fund should have been listed as "sold in part". There was no need for me to list this fund twice on the 5/7/2012 report, therefore, line 25 in that particular report (5/7/2012) has been deleted.

Line 33 was bought on 06/18/12 and generated no income, no interest - no change.

Line 34 was missing from last year's report and was bought on 08/02/11, however, the program does not allow me to add a date prior to 2012, so it was listed in section D2 as bought on 01/01/12. It was lost in the transition from one broker to another and Morgan-Stanley realized it and added it. It pays no dividends and no shares were sold.

Line 35 Huntington CD was bought and sold in 2012, therefore listed on both Line 35 and 36, however there was no gain, therefore D4 was left blank.

Line 39 "Private Mortgage (Property #1) debtor names are:
Patrick R. McNamara, Susan McNamara, J. Stephen Dix, Mary A. Dix, and Richard J. Forman.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Bury**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544